# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DIVISION OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NANCY GIUSTO, individually and as surviving spouse, and NANCY GIUSTO, as Administratrix of The Estate of Michael Giusto, deceased,<br><br>　　Plaintiffs,<br>v.<br><br>INTERNATIONAL PAPER COMPANY, EVOQUA WATER TECHNOLOGIES LLC, BILFINGER INDUSTRIAL SERVICES INC., AND BILFINGER WESTCON INC.,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-646-LMM |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF GLENN KEMP

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, that beginning at 2:00 p.m. on Thursday, August 29, 2019 at the offices of Powers Law Group at 3557 Vineville Ave, Macon, GA 31204, and continuing from hour to hour and day to day until adjourned, counsel for Plaintiff shall proceed to take the deposition of **Glenn Kemp**. The deposition will be upon oral examination before an officer authorized by law to administer oaths and to take depositions. The deposition will be videotaped. The deposition will be taken for all purposes allowed by law.

This 17th day of July 2019.

                                      Respectfully submitted,

**LAW & MORAN**

*/s/ Brian C. Kaplan*
Peter A. Law
Georgia Bar No. 439655
Brian C. Kaplan
Georgia Bar No. 644393
Attorney for Plaintiffs

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing *Notice to Take Videotaped Deposition of Glenn Kemp* has been prepared with one of the font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

        Respectfully submitted,

        **LAW & MORAN**

        */s/ Brian C. Kaplan*
        Brian C. Kaplan
        Georgia Bar No. 644393
        Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DIVISION OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NANCY GIUSTO, individually and as surviving spouse, and NANCY GIUSTO, as Administratrix of The Estate of Michael Giusto, deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY, EVOQUA WATER TECHNOLOGIES LLC, BILFINGER INDUSTRIAL SERVICES INC., AND BILFINGER WESTCON INC.,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-646-LMM |

## **CERTIFICATE OF SERVICE**

This is to certify that on this day, I have served a true and correct copy of the foregoing ***Notice to Take Videotaped Deposition of Glenn Kemp*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

E. Righton J. Lewis
Pamela R. Lawrence
Butler Snow LLP
1170 Peachtree Street NE, Suite 1900
Atlanta, GA 30309

Steven W. Zoffer
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

Broderick W. Harrell, Sr., Esq.
Dodson & Associates
1000 Windward Concourse
Suite 210
Alpharetta, GA 30005

J. Steven Stewart
Hall, Bloch, Garland & Meyer, LLP
577 Mulberry Street, Suite 1500
Macon, GA 31201

4

R. Bruce Barze, Jr.
M. Todd Lowther
Barze Taylor Noles Lowther LLC
2204 Lakeshore Drive, Suite 330
Birmingham, AL 35209

C. Todd Ross
Jennifer E. Cummings
Ross, Burriss & Handelman, LLC
632 Pointe North Boulevard
PO Box 72187
Albany, GA 31708

This 17th day of July 2019.

Respectfully submitted,

**LAW & MORAN**

*/s/ Brian C. Kaplan*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Brian C. Kaplan
Georgia Bar No. 644393
Attorneys for Plaintiffs

**LAW & MORAN**
563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700