# LAW & MORAN
ATTORNEYS AT LAW
563 SPRING STREET, N.W.
ATLANTA, GEORGIA 30308
WWW.LAWMORAN.COM

TELEPHONE
(404) 814-3700

FACSIMILE
(404) 842-7710

December 6, 2019

Honorable Steven D. Grimberg
Attn: KJ Jones, Courtroom Deputy Clerk
1767 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Re: **Nancy Giusto, Individually and as Surviving Spouse, and Nancy Giusto, as Administratrix of the Estate of Michael Giusto, deceased v. International Paper Company, Evoqua Water Technologies LLC, and Bilfinger Industrial Services Inc.**
U.S. District Court, NDGA, Atlanta Division
Civil Action File No.: 1:19-cv-646-SDG

Dear Ms. Jones:

We respectfully request that the above-referenced case not be put on a trial calendar for the time periods of March 2, 2020 up and through March 5, 2020; March 9, 2020 up and through March 12, 2020; April 3, 2020; April 9, 2020; April 10, 2020; April 29, 2020; April 30, 2020; May 4, 2020; May 22, 2020; and August 3 up and through August 7, 2020. The purpose of these leaves is out-of-town travel.

With best regards, I remain

Very truly yours,

Peter A. Law

PAL:bna
cc: All counsel of record (via ECF)